UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:03-CR-226 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| ISAAC JONES | ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum, the Court **DENIES** Defendant Isaac Jones' motion to dismiss (Court File No. 15).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**
